

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON VAN BROWN, | § | No. 08-23-00179-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| Appellee. | § | (TC# 8244) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was a clerical error in the judgment of the trial court. We correct the trial court's judgment to reflect that the conviction was under § 21.11(a)(2)(A) of the Texas Penal Code and affirm the judgment as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.